USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MICHAEL J. MAZZEO,

Plaintiff,

-against-

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant.

-----------------------------------------------------------------X

1:26-cv-5010-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 25, 2026 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than July 9, 2026. Dkt. No. 9. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's June 25, 2026 order forthwith, and in no event later than July 30, 2026.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge